UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>JALEN OWENS,<br><br>                       Defendant. | Case No.: 24CR1189-JLS<br><br>**ORDER RE: IN CAMERA REVIEW** |

Presently before the Court is the Government's Sealed *Ex Parte* Application for an *In Camera* Review of Information (ECF No. 8). The Government requests that the Court determine whether the United States is required to disclose certain information to the defense. Upon review of the information submitted, the Court finds no basis to conclude that the information would be subject to disclosure under *Brady v. Maryland*, 373 U.S. 83 (1963), and progeny. Having made this determination, however, the Court presumes that the Government remains cognizant of the fact that it is the prosecution, being in a superior position to evaluate its own evidence, which must bear the ultimate responsibility to gauge the "likely net effect of all ... the evidence" and make disclosure of known, favorable evidence rising to a material level of importance. *Kyle v. Whitley*, 514 U.S. 419, 437-38 (1995).

      IT IS SO ORDERED.

Dated: July 8, 2024

                                                      Hon. Janis L. Sammartino<br>                                                      United States District Judge